**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: WINSTON BOOGIE SMITH, Jr.                                    Case No.

Debtor(s).

**STATEMENT UNDER PENALTY OF PERJURY RE:**
**PAYMENT ADVICE DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

[X] **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the petition from any employer.

[ ] **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Debtor 1 was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed: _____

  [ ] Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain): _____

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: _/s/_____    Date: 4/3/2019

****************************************************************************

[ ] **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the petition from any employer.

[ ] **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

  [ ] Debtor 2 was not employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed: _____

  [ ] Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

  [ ] Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

  [ ] Other (please explain): _____

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 2: _____    Date: _____

*****IMPORTANT NOTE:** Please make sure all **SOCIAL SECURITY** numbers, **routing numbers** and **account numbers** are **redacted** before filing. If the income records include the year to date amounts, you are only required to submit the first and last pay stubs from the previous 60 days.

| Staffmark Investment LLC<br>201 East 4th Street, Suite 800<br>Cincinnati, OH 45202<br>513.852.4899 | Pay Group:  MMS-Non-Exempt Monday to Sunday<br>Pay Begin Date: 02/11/2019<br>Pay End Date:   02/17/2019 | Business Unit: AUS20<br>Advice #:  000000350273395<br>Advice Date: 02/22/2019<br>Federal EIN: |
|---|---|---|

| Winston Boogie Smith<br>4642 Nicollet Ave<br>1<br>Minneapolis, MN 55419-5507 | Employee ID:<br>Department: 200212-Eagan 102_11305<br>Location:    Contractor Generic Location<br>Pay Rate:    $0.00 Weekly | TAX DATA: | Federal | MN State |
|---|---|---|---|---|
| | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Exempt | Exempt |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular - 02/17/2019 | 15.500000 | 40.00 | 620.00 | 190.25 | 2,948.88 | Fed Withholdng | 0.00 | 0.00 |
| Expenses - Billable | | | 0.00 | | 30.00 | Fed MED/EE | 8.99 | 42.76 |
| | | | | | | Fed OASDI/EE | 38.44 | 182.83 |
| | | | | | | MN Withholdng | 0.00 | 0.00 |
| TOTAL: | | 40.00 | 620.00 | 190.25 | 2,978.88 | TOTAL: | 47.43 | 225.59 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | SPECIAL INFO | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Accrual Date | Hours |
| | | | | | | Service Bonus | 02/16/2019 | 190.30 |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 0.00 | 0.00 | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 620.00 | 620.00 | 47.43 | 0.00 | 572.57 |
| YTD | 2,978.88 | 2,948.88 | 225.59 | 0.00 | 2,753.29 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| Description | | | | Account Type  Account Number | Deposit Amount |
| Start Balance | 0.0 | 0.0 | Advice #000000350273395 | | 572.57 |
| + Earned | 0.0 | 0.0 | | | |
| + Bought | 0.0 | 0.0 | | | |
| - Taken | 0.0 | 0.0 | | | |
| - Sold | 0.0 | 0.0 | | | |
| + Adjustments | 0.0 | 0.0 | | | |
| End Balance | 0.0 | 0.0 | TOTAL: | | 572.57 |

MESSAGE:

**Staffmark Investment LLC**
201 East 4th Street, Suite 800
Cincinnati, OH 45202
513.852.4899

| | |
|---|---|
| Pay Group: | MMS-Non-Exempt Monday to Sunday |
| Pay Begin Date: | 02/18/2019 |
| Pay End Date: | 02/24/2019 |

| | |
|---|---|
| Business Unit: | AUS20 |
| Advice #: | 000000350278015 |
| Advice Date: | 03/01/2019 |
| Federal EIN: | |

Winston Boogie Smith
4642 Nicollet Ave
1
Minneapolis, MN 55419-5507

| | |
|---|---|
| Employee ID: | |
| Department: | 200212-Eagan 102_11305 |
| Location: | Contractor Generic Location |
| Pay Rate: | $0.00 Weekly |

**TAX DATA:**

| | Federal | MN State |
|---|---|---|
| Tax Status: | Exempt | Exempt |
| Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular - 02/24/2019 | 15.500000 | 37.25 | 577.38 | 227.50 | 3,526.26 |
| Expenses - Billable | | | 0.00 | | 30.00 |
| **TOTAL:** | | **37.25** | **577.38** | **227.50** | **3,556.26** |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 8.37 | 51.13 |
| Fed OASDI/EE | 35.80 | 218.63 |
| MN Withholdng | 0.00 | 0.00 |
| **TOTAL:** | **44.17** | **269.76** |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

**SPECIAL INFO**

| Description | Accrual Date | Hours |
|---|---|---|
| Service Bonus | 02/23/2019 | 227.50 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 577.38 | 577.38 | 44.17 | 0.00 | 533.21 |
| YTD | 3,556.26 | 3,526.26 | 269.76 | 0.00 | 3,286.50 |

**YEAR-TO-DATE**

| Description | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **0.0** | **0.0** |

**NET PAY DISTRIBUTION**

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000350278015 | | | 533.21 |
| **TOTAL:** | | | **533.21** |

**MESSAGE:**

**Staffmark Investment LLC**
201 East 4th Street, Suite 800
Cincinnati, OH 45202
513.852.4899

| Pay Group: | MMS-Non-Exempt Monday to Sunday |
|---|---|
| Pay Begin Date: | 02/25/2019 |
| Pay End Date: | 03/03/2019 |

| Business Unit: | AUS20 |
|---|---|
| Advice #: | 000000350284780 |
| Advice Date: | 03/08/2019 |
| Federal EIN: | |

**Winston Boogie Smith**
4642 Nicollet Ave
1
Minneapolis, MN 55419-5507

| Employee ID: | |
|---|---|
| Department: | 200212-Eagan 102_11305 |
| Location: | Contractor Generic Location |
| Pay Rate: | $0.00 Weekly |

| TAX DATA: | Federal | MN State |
|---|---|---|
| Tax Status: | Exempt | Exempt |
| Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular - 03/03/2019 | 15.500000 | 40.00 | 620.00 | 267.50 | 4,146.26 |
| Overtime 1.5 - 03/03/2019 | 23.250000 | 3.50 | 81.38 | 3.50 | 81.38 |
| Expenses - Billable | | | 0.00 | | 30.00 |
| **TOTAL:** | | **43.50** | **701.38** | **271.00** | **4,257.64** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 10.17 | 61.30 |
| Fed OASDI/EE | 43.48 | 262.11 |
| MN Withholdng | 0.00 | 0.00 |
| **TOTAL:** | **53.65** | **323.41** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## SPECIAL INFO

| Description | Accrual Date | Hours |
|---|---|---|
| Service Bonus | 03/02/2019 | 271.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 701.38 | 701.38 | 53.65 | 0.00 | 647.73 |
| YTD | 4,257.64 | 4,227.64 | 323.41 | 0.00 | 3,934.23 |

| YEAR-TO-DATE Description | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **0.0** | **0.0** |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000350284780 | | | 647.73 |
| **TOTAL:** | | | **647.73** |

**MESSAGE:**

| Staffmark Investment LLC<br>201 East 4th Street, Suite 800<br>Cincinnati, OH 45202<br>513.852.4899 | Pay Group:  MMS-Non-Exempt Monday to Sunday<br>Pay Begin Date:  03/04/2019<br>Pay End Date:  03/10/2019 | Business Unit:  AUS20<br>Advice #:  000000350288961<br>Advice Date:  03/15/2019<br>Federal EIN: |
|---|---|---|
| Winston Boogie Smith<br>4642 Nicollet Ave<br>1<br>Minneapolis, MN 55419-5507 | Employee ID:<br>Department:  200212-Eagan 102_11305<br>Location:  Contractor Generic Location<br>Pay Rate:  $0.00 Weekly | **TAX DATA:**   Federal   MN State<br>Tax Status:   Exempt   Exempt<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular - 03/10/2019 | 15.500000 | 24.00 | 372.00 | 291.50 | 4,518.26 |
| Overtime 1.5 | | 0.00 | 0.00 | 3.50 | 81.38 |
| Expenses - Billable | | | 0.00 | | 30.00 |
| **TOTAL:** | | 24.00 | 372.00 | 295.00 | 4,629.64 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 5.39 | 66.69 |
| Fed OASDI/EE | 23.07 | 285.18 |
| MN Withholdng | 0.00 | 0.00 |
| **TOTAL:** | 28.46 | 351.87 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### SPECIAL INFO

| Description | Accrual Date | Hours |
|---|---|---|
| Service Bonus | 03/09/2019 | 295.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 372.00 | 372.00 | 28.46 | 0.00 | 343.54 |
| YTD | 4,629.64 | 4,599.64 | 351.87 | 0.00 | 4,277.77 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Description | | |
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | 0.0 | 0.0 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000350288961 | | | 343.54 |
| **TOTAL:** | | | 343.54 |

**MESSAGE:**

| Staffmark Investment LLC<br>201 East 4th Street, Suite 800<br>Cincinnati, OH 45202<br>513.852.4899 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | MMS-Non-Exempt Monday to Sunday<br>03/11/2019<br>03/17/2019 | Business Unit:<br>Advice #:<br>Advice Date:<br>Federal EIN: | AUS20<br>000000350293451<br>03/22/2019 | |
|---|---|---|---|---|---|
| Winston Boogie Smith<br>4642 Nicollet Ave<br>1<br>Minneapolis, MN 55419-5507 | Employee ID:<br>Department:<br>Location:<br>Pay Rate: | 200212-Eagan 102_11305<br>Contractor Generic Location<br>$0.00 Weekly | **TAX DATA:**<br>Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | **Federal**<br>Exempt | **MN State**<br>Exempt |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular - 03/17/2019 | 15.500000 | 40.00 | 620.00 | 331.50 | 5,138.26 |
| Overtime 1.5 | | | 0.00 | 3.50 | 81.38 |
| Expenses - Billable | | | 0.00 | | 30.00 |
| **TOTAL:** | | **40.00** | **620.00** | **335.00** | **5,249.64** |

### TAXES

| **Description** | **Current** | **YTD** |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 8.99 | 75.68 |
| Fed OASDI/EE | 38.44 | 323.62 |
| MN Withholdng | 0.00 | 0.00 |
| **TOTAL:** | **47.43** | **399.30** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### SPECIAL INFO

| Description | Accrual Date | Hours |
|---|---|---|
| Service Bonus | 03/16/2019 | 335.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 620.00 | 620.00 | 47.43 | 0.00 | 572.57 |
| YTD | 5,249.64 | 5,219.64 | 399.30 | 0.00 | 4,850.34 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| **Description** | | |
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **0.0** | **0.0** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000350293451 | | | 572.57 |
| **TOTAL:** | | | **572.57** |

**MESSAGE:**

**Staffmark Investment LLC**
201 East 4th Street, Suite 800
Cincinnati, OH 45202
513.852.4899

| Pay Group: | MMS-Non-Exempt Monday to Sunday | Business Unit: | AUS20 |
|---|---|---|---|
| Pay Begin Date: | 03/18/2019 | Advice #: | 000000350297830 |
| Pay End Date: | 03/24/2019 | Advice Date: | 03/29/2019 |
| | | Federal EIN: | |

**Winston Boogie Smith**
4642 Nicollet Ave
1
Minneapolis, MN 55419-5507

| Employee ID: | |
|---|---|
| Department: | 200212-Eagan 102_11305 |
| Location: | Contractor Generic Location |
| Pay Rate: | $0.00 Weekly |

| TAX DATA: | Federal | MN Sta |
|---|---|---|
| Tax Status: | Exempt | Exem |
| Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular - 03/24/2019 | 15.500000 | 40.00 | 620.00 | 371.50 | 5,758.26 |
| Overtime 1.5 | | | 0.00 | 3.50 | 81.38 |
| Expenses - Billable | | | 0.00 | | 30.00 |
| **TOTAL:** | | **40.00** | **620.00** | **375.00** | **5,869.64** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.0 |
| Fed MED/EE | 8.99 | 84.6 |
| Fed OASDI/EE | 38.44 | 362.0 |
| MN Withholdng | 0.00 | 0.0 |
| **TOTAL:** | **47.43** | **446.7** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### SPECIAL INFO

| Description | Accrual Date | Hours |
|---|---|---|
| Service Bonus | 03/23/2019 | 375.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PA |
|---|---|---|---|---|---|
| Current | 620.00 | 620.00 | 47.43 | 0.00 | 572.5 |
| YTD | 5,869.64 | 5,839.64 | 446.73 | 0.00 | 5,422.9 |

### YEAR-TO-DATE

| Description | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **0.0** | **0.0** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amou |
|---|---|---|---|
| Advice #000000350297830 | | | 572.5 |
| **TOTAL:** | | | **572.5** |

**MESSAGE:**

| Staffmark Investment LLC<br>201 East 4th Street, Suite 800<br>Cincinnati, OH 45202<br>513.852.4899 | Pay Group: MMS-Non-Exempt Monday to Sunday<br>Pay Begin Date: 03/25/2019<br>Pay End Date: 03/31/2019 | Business Unit: AUS20<br>Advice #: 000000350305290<br>Advice Date: 04/05/2019<br>Federal EIN: |
|---|---|---|
| Winston Boogie Smith<br>4642 Nicollet Ave<br>1<br>Minneapolis, MN 55419-5507 | Employee ID:<br>Department: 200212-Eagan 102_11305<br>Location: Contractor Generic Location<br>Pay Rate: $0.00 Weekly | TAX DATA: Federal MN Sta<br>Tax Status: Exempt Exem<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | Earnings |
|---|---|---|---|---|---|
| Regular - 03/31/2019 | 15.500000 | 40.00 | 620.00 | 411.50 | 6,378.26 |
| Overtime 1.5 - 03/31/2019 | 23.250000 | 1.50 | 34.88 | 5.00 | 116.26 |
| Expenses - Billable | | | 0.00 | | 30.00 |
| TOTAL: | | 41.50 | 654.88 | 416.50 | 6,524.52 |

### TAXES

| Description | Current | YT |
|---|---|---|
| Fed Withholdng | 0.00 | 0.0 |
| Fed MED/EE | 9.50 | 94.1 |
| Fed OASDI/EE | 40.60 | 402.6 |
| MN Withholdng | 0.00 | 0.0 |
| TOTAL: | 50.10 | 496.8 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### SPECIAL INFO

| Description | Accrual Date | Hours |
|---|---|---|
| Service Bonus | 03/30/2019 | 416.50 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PA |
|---|---|---|---|---|---|
| Current | 654.88 | 654.88 | 50.10 | 0.00 | 604.7 |
| YTD | 6,524.52 | 6,494.52 | 496.83 | 0.00 | 6,027.6 |

### YEAR-TO-DATE

| Description | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| End Balance | 0.0 | 0.0 |

### NET PAY DISTRIBUTION

| | Account Type | Account N | Deposit Amou |
|---|---|---|---|
| Advice #000000350305290 | | | 604.7 |
| TOTAL: | | | 604.7 |

MESSAGE:

**Staffmark Investment LLC**
201 East 4th Street, Suite 800
Cincinnati, OH 45202
513.852.4899

| Pay Group: | MMS-Non-Exempt Monday to Sunday |
|---|---|
| Pay Begin Date: | 04/01/2019 |
| Pay End Date: | 04/07/2019 |

| Business Unit: | AUS20 |
|---|---|
| Advice #: | 000000350306353 |
| Advice Date: | 04/12/2019 |
| Federal EIN: | |

**Winston Boogie Smith**
4642 Nicollet Ave
1
Minneapolis, MN 55419-5507

| Employee ID: | |
|---|---|
| Department: | 200212-Eagan 102_11305 |
| Location: | Contractor Generic Location |
| Pay Rate: | $0.00 Weekly |

| TAX DATA: | Federal | MN Sta |
|---|---|---|
| Tax Status: | Exempt | Exem |
| Allowances: | | |
| Addl. Percent: | | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular - 04/07/2019 | 15.500000 | 40.00 | 620.00 | 451.50 | 6,998.26 |
| Overtime 1.5 | | | 0.00 | 5.00 | 116.26 |
| Expenses - Billable | | | 0.00 | | 30.00 |
| **TOTAL:** | | **40.00** | **620.00** | **456.50** | **7,144.52** |

### TAXES

| Description | Current | YT |
|---|---|---|
| Fed Withholdng | 0.00 | 0.0 |
| Fed MED/EE | 8.99 | 103.1 |
| Fed OASDI/EE | 38.44 | 441.1 |
| MN Withholdng | 0.00 | 0.0 |
| **TOTAL:** | **47.43** | **544.2** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### SPECIAL INFO

| Description | Accrual Date | Hours |
|---|---|---|
| Service Bonus | 04/06/2019 | 456.50 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PA |
|---|---|---|---|---|---|
| Current | 620.00 | 620.00 | 47.43 | 0.00 | 572.5 |
| YTD | 7,144.52 | 7,114.52 | 544.26 | 0.00 | 6,600.2 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Description | | |
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **0.0** | **0.0** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amou |
|---|---|---|---|
| Advice #000000350306353 | | | 572.5 |
| **TOTAL:** | | | **572.5** |

**MESSAGE:**