# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: <u>Winston Smith Jr.</u>　　　　　　　　　　　　　　　Case No. 19-41144

　　Debtor(s).

## DEBTOR CHANGE OF ADDRESS

Debtor(s) Name: Winston Smith Jr.

Change of address for: Debtor 1 only [X]　　Debtor 2 only [ ]　　Both Debtors [ ]

NEW Mailing Address:　435 Thomas Avenue West
　　　　　　　　　　　　St. Paul, MN  55103

Debtor(s) Signature: _/s/ Winston Smith Jr._　　　　　　　　　　Date: 6/8/19
　　　　　　　　　　　Winston Smith Jr.